

**Tri-State Paper Co.**
149 e, church st.
Blackwood, NJ  08012
215-455-4506
215-455-4509

**Statement**
Page 1 of 1
**6-Dec-2023**



*Customer*

GIUSEPPE'S COWPATH RD
101 COWPATH RD. STE A

LANSDALE, PA  19446

| Account# | Total Due | Current |
|---|---|---|
| 1983 | $5,293.86 | ($5.96) |

| *31-45 Days* | *46-60 Days* | *61-90 Days* | *91-120 Days* | *120+ Days* |
|---|---|---|---|---|
| $654.68 | $1,599.07 | $896.69 | $101.00 | $2,074.88 |

| *Invoice* | *Invoice Date* | *Due Date* | *Type* | *Invoice Amt* | *Amount Due* | *Status* | *P.O. Number* |
|---|---|---|---|---|---|---|---|
| 2022418 | 27-Apr-22 | **27-Apr-22** | IN | $975.78 | **$77.02** | Delinquent | |
| 2031526 | 2-Jun-23 | **2-Jun-23** | IN | $621.49 | **$621.49** | Delinquent | |
| 2031723 | 8-Jun-23 | **8-Jun-23** | IN | $841.13 | **$841.13** | Delinquent | |
| 2031882 | 15-Jun-23 | **15-Jun-23** | IN | $1,120.77 | **$535.24** | Delinquent | |
| 2032870 | 8-Aug-23 | **8-Aug-23** | IN | $735.98 | **$101.00** | Delinquent | |
| OP20364 | 23-Aug-23 | **23-Aug-23** | OP | ($1.24) | **($1.24)** | Credit | |
| 2033490 | 15-Sep-23 | **15-Sep-23** | IN | $409.02 | **$35.96** | Delinquent | |
| OP20423 | 19-Sep-23 | **19-Sep-23** | OP | ($4.72) | **($4.72)** | Credit | |
| 2033779 | 3-Oct-23 | **3-Oct-23** | IN | $860.73 | **$860.73** | Delinquent | |
| 2033863 | 11-Oct-23 | **11-Oct-23** | IN | $808.75 | **$808.75** | Delinquent | |
| 2033916 | 18-Oct-23 | **18-Oct-23** | IN | $790.32 | **$790.32** | Delinquent | |
| 2033975 | 25-Oct-23 | **25-Oct-23** | IN | $654.68 | **$654.68** | Delinquent | |