# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: <br><br> Tri-State Paper, Inc., <br><br>　　　　Debtor. | Case No. 23-13237-pmm <br><br> Chapter 11 |
| Tri-State Paper, Inc., <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br> Giuseppe's Pizza and Family Restaurant of Cowpath Road II, Inc., <br><br>　　　　Defendant. | Adversary No. 24-00011-pmm |

## Certificate of Service

　　　　I, Michael I. Assad, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today by certified and regular, first-class United States mail, postage pre-paid, addressed to:

　　　　Salvatore Moscariello
　　　　Giuseppe's Pizza and Family Restaurant of Cowpath Road II, Inc.
　　　　101A Cowpath Road
　　　　Lansdale, PA 19446

　　　　Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 2, 2024

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com