## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 24-00011 (PMM) |
| v. | : | |
| Giuseppe's Pizza and Family Restaurant of Cowpath Road II, Inc., | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on January 29, 2024;

**AND** an answer or other responsive pleading having been due on or before February 29, 2024;

**AND** no answer or responsive pleading having been filed;

**AND** the Plaintiff having obtained an entry of default on April 1, 2024

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before April 26, 2024**. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Date:  4/16/24

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**