*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri−State Paper, Inc. | ) | Case No. 23−13237−pmm |
|     Debtor(s) | ) | Chapter 11 |
| | ) | |
| Tri−State Paper, Inc. | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 24−00011−pmm |
| v. | ) | |
| | ) | |
| Giuseppe's Pizza and Family Restaurant of | ) | |
| Cowpath Road II, Inc. | ) | |
|     Defendant | | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

    AND NOW, in accordance with Request for Entry of Default Judgment, against Giuseppe's Pizza and Family Restaurant of Cowpath Road II, Inc. it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Tri−State Paper, Inc., Plaintiff, in the amount of Five thousand two hundred ninety three dollars and eighty six cents ($5,293.86), plus costs in the amount of Three hundred fifty dollars and zero cents ($350.00), for a total of Five thousand six hundred forty three dollars and eighty six cents ($5,643.86) sum certain

Date: April 30, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court